IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL PECUNAS, ET AL., <br> Plaintiffs <br><br> vs. <br><br> COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, ALLEN D. BIEHLER and MILLCREEK TOWNSHIP, PA, <br> Defendants | ) <br> ) <br> ) No. 1:11-cv-00016-MRH <br> ) <br> ) Judge Hornak <br> ) <br> ) <br> ) <br> ) <br> ) ***Electronically Filed*** |

## ORDER

Upon consideration of the Joint Motion to Approve Final Settlement Agreement Among All Parties, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED and the Final Settlement Agreement Among All Parties, attached to the Motion as Exhibit 1, is hereby APPROVED and ACCEPTED by the Court. The Court retains jurisdiction to enforce all terms of this Final Settlement Agreement Among All Parties.

11-7-2022
_____
Date

_____
Mark R. Hornak
United States District Judge